No. 01–8826. BARBER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8827. TORRES ARROYO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8829. TORRES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8835. LORA v. WINN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 01–8837. SUDDY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8839. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–8841. LONG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8842. LOPEZ, AKA GARCIA, AKA QUIONONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8844. BURTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8845. RAINWATER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8846. BILLUPS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8848. MONIGAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8849. MEDRANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8851. GONZALEZ CARDENAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8854. MOODY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8856. GARCIA-BALCAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.